\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **RED ZONE 12, LLC,** *et al.*, | : |
| | : Case No. 2:17-CV-250 |
| **Plaintiffs,** | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Chelsea M. Vascura |
| **CITY OF COLUMBUS,** *et al.*, | : |
| | : |
| **Defendants.** | : |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 20, 2018 Opinion and Order, the Court **DENIED** Defendants' First Motion for Judgment on the Pleadings [Doc. 6] as **MOOT**; **GRANTED** Defendants' Second Motion for Judgment on the Pleadings [Doc. 21] as to the federal constitutional claims and **REMANDS** the remaining state law claims to the Court of Common Pleas of Franklin County, Ohio. Defendants' Motion for Sanctions [Doc. 24] is **DENIED AS MOOT**.

**Date:  March 20, 2018**                     Richard W. Nagel, Clerk

                                                                                                  s/Betty L. Clark
                                                                   Betty L. Clark/Deputy Clerk